



## MEMORANDUM OPINION

No. 04-11-00100-CV

Olga **WILSON**,
Appellant

v.

Danny Wayne **WILSON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-01369
Honorable David A. Berchelmann, Jr., Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice

Delivered and Filed:  March 16, 2011

DISMISSED

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM